Opinion filed November 21, 1933.

Arthur J. Hughes, for appellant; Frank Michels, of counsel. No appearance for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Irwin T. Gilruth, receiver for Stony Island State and Savings Bank for use of Ellen N. Norton, appellee, v. Lawrence Barrett, appellant. Gen. No. 36,449.

Opinion filed November 21, 1933.

Lowenhaupt & Wolff, for appellant. Joseph E. Winterbotham, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

. The Baltimore and Ohio Railroad Company, appellee, v. Chicago Wood Products, Inc., appellant. Gen. No. 36,458.

Opinion filed November 21, 1933.

Frederic L. Goff, for appellant. H. D. Sheean and E. W. Lademann, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

The People of the State of Illinois ex rel. Oscar Nelson v. Division State Bank et al.

C. W. Davenport, receiver, appellant, v. William F. Duha, intervening petitioner, appellee. Gen. No. 36,528.

Opinion filed November 21, 1933. Rehearing denied December 4, 1933.

D'Ancona, Pflaum & Kohlsaat, for appellant; W. R. Arrington, of counsel. Meyer W. Rosin, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

The People of the State of Illinois ex rel. Oscar Nelson v. Division State Bank et al.

C. W. Davenport, receiver, appellant, v. Philip Plonsky, appellee. Gen. No. 36,529.

624

Opinion filed November 21, 1933. Rehearing denied December 4, 1933.

D'Ancona, Pflaum & Kohlsaat, for appellant; W. R. Arrington, of counsel. Meyer W. Rosin, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Marcella Fricot, plaintiff, v. Daniel Brady, defendant.

P. L. McArdle, defendant in error, v. Daniel Brady, plaintiff in error. Gen. No. 36,637.

Opinion filed November 21, 1933. Rehearing denied December 4, 1933.

Joseph F. Elward, for plaintiff in error. Patrick L. McArdle, *pro se.*

Mr. Justice Scanlan delivered the opinion of the court.

Hazel L. Wright, appellee, v. Stevens Brothers Corporation, appellant. Gen. No. 36,649.

Opinion filed November 21, 1933. Rehearing denied December 4, 1933.

Judah, Reichmann, Trumbull & Cox, for appellant. Robert L. Wright, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Stella W. Friedman, appellee, v. Cadillac Motor Car Company, appellant. Gen. No. 36,696.

Opinion filed November 21, 1933.

Miller, Gorham, Wales & Adams, for appellant. Aaron H. Cohn, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

First Union Trust and Savings Bank, complainant, v. Division State Bank et al., defendants.

Esther Homer et al., appellees, v. First Union Trust and Savings Bank, appellant. Gen. No. 36,808.

Opinion filed November 21, 1933.

Tatge & Tatge and Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellant; Robert F. Kolb, David Levinson, Abraham Fishman and Isaac E. Ferguson, of counsel. Wolf & Love, for appellees; Stephen Love, Louis F. Davis and George Broide, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.